1. XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2. NIROMI W. PFEIFFER, State Bar No. 154216
   Supervising Deputy Attorney General
3. GRANT LIEN, State Bar No. 187250
   Deputy Attorney General
4.   1300 I Street, Suite 125
     P.O. Box 944255
5.   Sacramento, CA 94244-2550
     Telephone: (916) 210-7920
6.   Fax: (916) 324-5567
     E-mail: Grant.Lien@doj.ca.gov
7. *Attorneys for Defendants Department of Health Care Services and Director Bradley Gilbert, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SISKIYOU HOSPITAL, INC., dba Fairchild Medical Center, a California nonprofit public benefit corporation, on behalf of itself and its patients,**<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>**BRADLEY GILBERT, M.D., in his official capacity as the DIRECTOR OF THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; the CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; SARAH COLLARD, in her official capacity as the Director of the County of Siskiyou Health and Human Services Agency; the COUNTY OF SISKIYOU; and DOES 1-20,**<br><br>Respondents/Defendants. | 2:20-CV-00487-TLN-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING OF DEFENDANTS DEPARTMENT OF HEALTH CARE SERVICES AND DIRECTOR GILBERT'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. Pro. 12(b)(6)]<br><br>Current Hearing Date:   May 28, 2020<br>Proposed Hearing Date: June 25, 2020<br><br>Judge: The Honorable Troy L. Nunley |

The parties stipulate to continuing the hearing of Defendants Department of Health Care Services and Director Bradley Gilbert, M.D.'s (State Defendants) motion to dismiss from May 28, 2020 to June 25, 2020, with the hearing time and place to remain at 2 p.m. in Courtroom 2.

1

Stip. and Order to Continue Hearing of State Defs.' Motion to Dismiss (2:20-CV-00487-TLN-DMC)

1 | The deadlines for plaintiff's opposition and State Defendants' reply will be based on the new June 25, 2020 hearing date.  Continuing the hearing of the motion to dismiss to June 25, 2020 will further judicial economy because the new hearing date will coincide with the June 25, 2020 hearing of Defendants County of Siskiyou and Sarah Collard's (County Defendants) soon-to-be-filed motion for judgment on the pleadings.

Dated:  May 11, 2020                                   Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

**/s/  Grant Lien**

GRANT LIEN
Deputy Attorney General
*Attorneys for Defendants Department of Health Care Services and Director Bradley Gilbert, M.D.*

Dated:  May 11, 2020                                   Respectfully Submitted,

OLSON REMCHO, LLP

*/s/ Margaret Prinzing*

Margaret R. Prinzing
Attorneys for Respondents/Defendants
County of Siskiyou and Sarah Collard

Dated:  May 11, 2020                                   Respectfully Submitted,

ATHENE LAW, LLP

*/s/  Felicia Sze*

Felicia Y. Sze
Attorneys for Petitioner/Plaintiff
Siskiyou Hospital, Inc.

2

Stip. and Order to Continue Hearing of State Defs.' Motion to Dismiss (2:20-CV-00487-TLN-DMC)

**ORDER**

The Court, having considered the above stipulation and finding good cause, hereby orders that the hearing for Defendants Department of Health Care Services and Director Bradley Gilbert, M.D.'s (State Defendants) motion to dismiss is continued from May 28, 2020 to June 25, 2020, with the hearing time and place to remain at 2 p.m. in Courtroom 2.  The deadlines for plaintiff's opposition and State Defendants' reply will be based on the new June 25, 2020 hearing date.

IT IS SO ORDERED.

Dated:  May 12, 2020

_____
Troy L. Nunley
United States District Judge