MATTHEW RODRIQUEZ, State Bar No. 95976
Acting Attorney General of California
MAUREEN C. ONYEAGBAKO, State Bar No. 238419
Supervising Deputy Attorney General
GRANT LIEN, State Bar No. 187250
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7920
 Fax: (916) 324-5567
 E-mail: Grant.Lien@doj.ca.gov
*Attorneys for Defendants Department of Health Care Services and Director Bradley Gilbert, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SISKIYOU HOSPITAL, INC., dba Fairchild Medical Center, a California nonprofit public benefit corporation, on behalf of itself and its patients,**<br><br>Petitioner/Plaintiff,<br><br>v.<br><br>**BRADLEY GILBERT, M.D., in his official capacity as the DIRECTOR OF THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; the CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; SARAH COLLARD, in her official capacity as the Director of the County of Siskiyou Health and Human Services Agency; the COUNTY OF SISKIYOU; and DOES 1-20,**<br><br>Respondents/Defendants. | 2:20-CV-00487-TLN-DMC<br><br>**STIPULATION AND ORDER TO SUBSTITUTE DEFENDANT** |

///

///

1

**STIPULATION TO SUBSTITUTE DEFENDANT**

Will Lightbourne has been named the Director of the Department of Health Care Services, replacing Bradley Gilbert, M.D. See, https://www.dhcs.ca.gov/dhcs-director-biography. The parties therefore stipulate to the Court ordering the substitution of Defendant Bradley Gilbert, M.D. with Defendant Will Lightbourne, in his official capacity as the Director of the Department of Health Care Services.

IT IS SO AGREED.

Dated:  March 24, 2021                               Respectfully Submitted,

MATTHEW RODRIQUEZ
Attorney General of California
MAUREEN C. ONYEAGBAKO
Supervising Deputy Attorney General

*/s/  Grant Lien*

GRANT LIEN
Deputy Attorney General
*Attorneys for Defendants Department of Health Care Services and Director Bradley Gilbert, M.D.*

Dated:  March 24, 2021                               Respectfully Submitted,

OLSON REMCHO, LLP

*/s/  Margaret Prinzing*

Margaret R. Prinzing
Attorneys for Respondents/Defendants
County of Siskiyou and Sarah Collard

Dated:  March 24, 2021                               Respectfully Submitted,

ATHENE LAW, LLP

*/s/  Long Do*

Felicia Y. Sze
Long Do
Attorneys for Petitioner/Plaintiff
Siskiyou Hospital, Inc.

**ORDER**

The Court, having considered the above stipulation and finding good cause, hereby orders the substitution of Defendant Bradley Gilbert, M.D. with Defendant Will Lightbourne, in his official capacity as the Director of the Department of Health Care Services.

IT IS SO ORDERED.

Dated:  March 25, 2021

_____
Troy L. Nunley
United States District Judge