**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SISKIYOU HOSPITAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,<br><br>Defendants. | No. 2:20-CV-0487-TLN-DMC<br><br>ORDER |

Plaintiff, which is proceeding with retained counsel, brings this civil action. Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from this action. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to another Magistrate Judge for all further proceedings and make the appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: September 21, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1